**Appeal Ordered Withdrawn and Opinion issued April 14, 2000**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-99-01287-CR

## MICHAEL ANDREW FAILS, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 8**
**Dallas County, Texas**
**Trial Court Cause No. MB99-50137-J**

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

**Appeal Ordered Withdrawn and Opinion issued April 14, 2000**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-99-01287-CR

---

**MICHAEL ANDREW FAILS, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court No. 8**
**Dallas County, Texas**
**Trial Court Cause No. MB99-50137-J**

---

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

**Appeal Ordered Withdrawn and Opinion issued April 14, 2000**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-99-01287-CR

**MICHAEL ANDREW FAILS, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

On Appeal from the County Criminal Court No. 8
Dallas County, Texas
Trial Court Cause No. MB99-50137-J

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47